```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                          Criminal No. 1:14-00151

LINDSEY DALE BOWLING

<u>MEMORANDUM OPINION AND ORDER</u>

Pending before the court is defendant's motion for continuance (Doc. No. 16). Defendant represents in the motion that the government has no objection to the proposed continuance. The court GRANTS the defendant's motion for the reasons below.

In support of the motion, defendant's counsel states that the nature of the case is both voluminous and forensically complex and will require examination and consultation with experts. Consequently, defendant's counsel believes the parties will need additional time to review the evidence and make meaningful decisions about pretrial motions or necessary trial preparations.

The court believes that failure to grant the requested continuance would likely prejudice defense counsel's ability to adequately represent the defendant. Because failure to grant the requested continuance would likely result in a miscarriage

of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), and GRANTS the defendant's motion for continuance.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the court ORDERS as follows:

1. Trial of this action is continued until November 5, 2014, at 9:30 a.m., in Bluefield;
2. All pretrial motions are to be filed by October 22, 2014.
3. A pretrial motions hearing is scheduled for October 29, 2014, at 10:00 a.m., in Bluefield;
4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

It is so **ORDERED** on this 11th day of September, 2014.

           ENTER:

           *David A. Faber*
           David A. Faber
           Senior United States District Judge